UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.J.,<br><br>                            Petitioner,<br>v.<br>Christopher LaROSE, et al.,<br><br>                          Respondents. | Case No.:  26-cv-0463-AGS-KSC<br><br>**ORDER GRANTING HABEAS PETITION AND ORDERING BOND HEARING** |

Petitioner seeks a writ of habeas corpus under 28 U.S.C. § 2241 to free him from immigration detention. Respondents recently acknowledged that petitioner "is entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." (ECF 5, at 2.) The Court agrees. Accordingly, the habeas application is **GRANTED**. The motion for a temporary restraining order (ECF 2) is denied as moot.

Respondents must provide petitioner with a bond hearing before an immigration judge by **February 13, 2026**.

Dated:  January 30, 2026

_____
Hon. Andrew G. Schopler
United States District Judge